

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Engelmayer, Paul A. | 2. Court or Organization  US District Court for the Southern District of New York | 3. Date of Report  02/03/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States District Judge | 5a. Report Type (check appropriate type)  [✓] Nomination, Date 02/02/2011  [ ] Initial  [ ] Annual  [ ] Final  5b. [ ] Amended Report | 6. Reporting Period  01/01/2010 to 01/28/2011 |
| 7. Chambers or Office Address  Wilmer Cutler Pickering Hale and Dorr LLP  399 Park Avenue  New York, NY 10022 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Wilmer Cutler Pickering Hale & Dorr LLP (WCPHD) |
| 2. Trustee | Trust #1 |
| 3. Trustee | Trust #2 |
| 4. Co-Executor | Estate #1 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | WCPHD Defined Benefit Plan |
| 2. 2000 | WCPHD Partner's Capital |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2009 | Partner Income from WCPHD | $1,600,000.00 |
| 2. | 2010 | Partner Income from WCPHD | $1,056,289.00 |
| 3. | 2011 | Partner Income from WCPHD | $320,381.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Engelmayer, Paul A. | 02/03/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT
## Page 4 of 16

Name of Person Reporting

Engelmayer, Paul A.

Date of Report

02/03/2011

## VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA #1 | A | Dividend | K | T | Exempt | | | | |
| 2. - ING Senior Income Cl A | | | | | | | | | |
| 3. - MFS Emerging Markets Debt Fund Class I | | | | | | | | | |
| 4. - Ivy Global Natural Resources Fund Cl Y | | | | | | | | | |
| 5. IRA #2 | A | Dividend | J | T | | | | | |
| 6. - MFS Emerging Markets Debt Fund Class I | | | | | | | | | |
| 7. - Templeton Global Bond Fund Cl A | | | | | | | | | |
| 8. IRA #3 | A | Dividend | K | T | | | | | |
| 9. - ING Senior Income Cl A | | | | | | | | | |
| 10. - MFS Emerging Markets Debt Fund Class I | | | | | | | | | |
| 11. - Ivy Global Natural Resources Fund Cl Y | | | | | | | | | |
| 12. Trust #1 | D | Dividend | M | T | | | | | |
| 13. - Acadian Emerging Markets | | | | | | | | | |
| 14. - Eaton Vance Structured Emerging Markets A | | | | | | | | | |
| 15. - GRT Value Fund Advisor Class | | | | | | | | | |
| 16. - ING Senior Income Cl A | | | | | | | | | |
| 17. - ING Senior Income Fund Cl Q | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 5 of 16

Name of Person Reporting

Engelmayer, Paul A.

Date of Report

02/03/2011

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - iShares Tr MSCI EAGE Index Fd | | | | | | | | | |
| 19. - iShares Tr S&P 400 BARRA Midcap Growth | | | | | | | | | |
| 20. - Ivy Asset Strategy Fund Class A | | | | | | | | | |
| 21. - Loomis Sayles Strategic Income A | | | | | | | | | |
| 22. - PIMCO Funds Total Return Fund Instl #35 | | | | | | | | | |
| 23. - Schwab Tax Exempt Money Fund | | | | | | | | | |
| 24. - T.Rowe Price Emerging Market Bond Fund | | | | | | | | | |
| 25. - Wisdomtree Large Cap Dividend | | | | | | | | | |
| 26. - WisdomTree MidCap Dividend | | | | | | | | | |
| 27. - Berkshire Hathaway Inc Del B | | | | | | | | | |
| 28. - Ivy Global Natural Resources Fund Cl Y | | | | | | | | | |
| 29. Trust #2 | C | Dividend | M | T | | | | | |
| 30. - Acadian Emerging Markets | | | | | | | | | |
| 31. - Eaton Vance Structured Emerging Markets A | | | | | | | | | |
| 32. - ING Senior Income Cl A | | | | | | | | | |
| 33. - iShares Tr MSCI EAFE Index Fd | | | | | | | | | |
| 34. - iShares Tr S&P 400 BARRA Midcap Growth | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less
   B = $1,001 - $2,500
   C = $2,501 - $5,000
   D = $5,001 - $15,000
   E = $15,001 - $50,000
   F = $50,001 - $100,000
   G = $100,001 - $1,000,000
   H1 = $1,000,001 - $5,000,000
   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less
   K = $15,001 - $50,000
   L = $50,001 - $100,000
   M = $100,001 - $250,000
   N = $250,001 - $500,000
   O = $500,001 - $1,000,000
   P1 = $1,000,001 - $5,000,000
   P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000
   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
   Q = Appraisal
   R = Cost (Real Estate Only)
   S = Assessment
   T = Cash Market
   U = Book Value
   V = Other
   W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 6 of 16

Name of Person Reporting

Engelmayer, Paul A.

Date of Report

02/03/2011

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Ivy Asset Strategy Fund Class A | | | | | | | | | |
| 36. - Loomis Sayles Strategic Income A | | | | | | | | | |
| 37. - PIMCO Funds Total Return Fund Instl #35 | | | | | | | | | |
| 38. - Schwab Tax Exempt Money Fund | | | | | | | | | |
| 39. - T.Rowe Price EMerging Market Bond Fund | | | | | | | | | |
| 40. - Wisdomtree Large Cap Dividend | | | | | | | | | |
| 41. - WisdomTree MidCap Dividend | | | | | | | | | |
| 42. - Berkshire Hathaway Inc Del B | | | | | | | | | |
| 43. - Ivy Global Natural Resources Fund Cl Y | | | | | | | | | |
| 44. Brokerage #1 | | | | | | | | | |
| 45. Eaton Vance Structured Emerging Markets 1 | D | Dividend | N | T | | | | | |
| 46. ING European Bank Loan | B | Dividend | M | T | | | | | |
| 47. ING Senior Income Cl A | B | Dividend | | | | | | | |
| 48. ING Senior Income Fund Cl Q | C | Dividend | | | | | | | |
| 49. iShares Tr S&P 600 BARRA Small Cap Growth | A | Dividend | K | T | | | | | |
| 50. MFS Emerging Markets Debt Fund Class I | B | Dividend | K | T | | | | | |
| 51. New York Port Authority | B | Dividend | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
   F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
   N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes: (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
   U = Book Value    V = Other    W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 7 of 16

Name of Person Reporting

Engelmayer, Paul A.

Date of Report

02/03/2011

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Prudential Jennison Natural Resources Cl A | B | Dividend | | | | | | | |
| 53. Schwab NY Tax Ex Money Sweep Shares | A | Dividend | J | T | | | | | |
| 54. Aria Consumer Fund | | None | N | W | | | | | |
| 55. Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 56. Deutsche Bank AG London J07 US CMS | | None | L | W | | | | | |
| 57. Ivy Global Natural Resources Fund Cl Y | | None | N | T | | | | | |
| 58. JLP Credit Opportunity Fund | | None | M | W | | | | | |
| 59. Prudential Jennison Natural Resources Fund Cl Z | | None | M | T | | | | | |
| 60. Brokerage #2 | | | | | | | | | |
| 61. Schwab NY Tax Ex Money Sweep Shares | A | Dividend | M | T | | | | | |
| 62. Brokerage #3 | | | | | | | | | |
| 63. Consumer Stap spdr | A | Dividend | K | T | | | | | |
| 64. Consumers Dis SS Spdr | A | Dividend | K | T | | | | | |
| 65. Energy Select Sector SPDR | A | Dividend | K | T | | | | | |
| 66. Healthcare SS Spdr Fd | A | Dividend | K | T | | | | | |
| 67. Materials SS Spdr Fd | A | Dividend | K | T | | | | | |
| 68. Schwab NY Tax Ex Money Sweep Shares | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 8 of 16

Name of Person Reporting

Engelmayer, Paul A.

Date of Report

02/03/2011

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Select Sector Spdr Amex Industrial | A | Dividend | K | T | | | | | |
| 70. Select Sector Spdr Financial | A | Dividend | K | T | | | | | |
| 71. Select Sector SPDR Technology | A | Dividend | K | T | | | | | |
| 72. Utilities Sel Spdr | A | Dividend | K | T | | | | | |
| 73. Brokerage #4 | | | | | | | | | |
| 74. Acadian Emerging Markets | B | Dividend | M | T | | | | | |
| 75. Causeway International Value Fund Invest | A | Dividend | L | T | | | | | |
| 76. Elmira County NY School District | A | Dividend | | | | | | | |
| 77. GRT Value Fund Advisor Class | A | Dividend | L | T | | | | | |
| 78. iShares Tr MSCI EAFE Index Fd | D | Dividend | N | T | | | | | |
| 79. iShares Tr S&P 400 BARRA Midcap Value | C | Dividend | M | T | | | | | |
| 80. iShares Tr S&P 600 BARRA Small Cap Growth | A | Dividend | L | T | | | | | |
| 81. MFS Emerging Markets Debt Fund Class I | C | Dividend | L | T | | | | | |
| 82. Microsoft Corp Com | B | Dividend | | | | | | | |
| 83. Pfizer Inc | A | Dividend | | | | | | | |
| 84. PIMCO Funds Total Return Fund Instl #35 | C | Dividend | L | T | | | | | |
| 85. Prudential Jennison Natural Resources Cl A | C | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Schwab NY Tax Ex Money Sweep Shares | A | Dividend | N | T | | | | | |
| 87. Wisdomtree Large Cap Dividend | E | Dividend | O | T | | | | | |
| 88. Berkshire Hathaway Inc Del B | | None | L | T | | | | | |
| 89. Berkshire Hathaway Inc Del Cl A | | None | P1 | T | | | | | |
| 90. Ivy Global Natural Resources Fund Cl Y | | None | M | T | | | | | |
| 91. Landmark Value Strategies QP | | None | J | W | | | | | |
| 92. Prudential Jennison Natural Resources Fund Cl Z | | None | N | T | | | | | |
| 93. 401(k) #1 | | | | | | | | | |
| 94. Acadian Emerging Markets | C | Dividend | M | T | | | | | |
| 95. Brandes Inst Intl Equity Fund | C | Dividend | J | T | | | | | |
| 96. ING Senior Income Fund Cl W | D | Dividend | N | T | | | | | |
| 97. UTMA #1 | | | | | | | | | |
| 98. Eaton Vance Structured Emerging Markets | A | Dividend | J | T | | | | | |
| 99. ING Senior Income Cl A | A | Dividend | J | T | | | | | |
| 100. iShares Tr MSCI EAGE Index Fd | A | Dividend | K | T | | | | | |
| 101. Loomis Sayles Global Bond Instl | A | Dividend | J | T | | | | | |
| 102. Wisdomtree Large Cap Dividend | A | Dividend | J | T | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000
2. Value Codes
(See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000
3. Value Method Codes
(See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

# FINANCIAL DISCLOSURE REPORT
Page 10 of 16

Name of Person Reporting

Engelmayer, Paul A.

Date of Report

02/03/2011

## VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. WisdomTree MidCap Dividend | A | Dividend | J | T | | | | | |
| 104. Ivy Global Natural Resources Fund Cl Y | | None | J | T | | | | | |
| 105. UTMA #2 | | | | | | | | | |
| 106. Eaton Vance Structured Emerging Markets A | A | Dividend | J | T | | | | | |
| 107. ING Senior Income Cl A | A | Dividend | J | T | | | | | |
| 108. ING Senior Income Fund Cl Q | A | Dividend | | | | | | | |
| 109. iShares Tr MSCI EAFE Index Fd | A | Dividend | J | T | | | | | |
| 110. Loomis Sayles Global Bond Instl | A | Dividend | J | T | | | | | |
| 111. Wisdomtree Large Cap Dividend | A | Dividend | J | T | | | | | |
| 112. WisdomTree MidCap Dividend | A | Dividend | J | T | | | | | |
| 113. Berkshire Hathaway Inc Del B | | None | K | T | | | | | |
| 114. Ivy Global Natural Resources Fund Cl Y | | None | J | T | | | | | |
| 115. UTMA #3 | | | | | | | | | |
| 116. Eaton Vance Structured Emerging Markets A | A | Dividend | J | T | | | | | |
| 117. ING Senior Income Cl A | A | Dividend | J | T | | | | | |
| 118. iShares Tr MSCI EGE Index Fd | A | Dividend | K | T | | | | | |
| 119. Loomis Sayles Global Bond Instl | A | Dividend | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 120. WisdomTree Large Cap Dividend | A | Dividend | J | T | | | | | |
| 121. WisdomTree MidCap Dividend | A | Dividend | J | T | | | | | |
| 122. Ivy Global Natural Resources Fund Cl Y | | None | J | T | | | | | |
| 123. UTMA #4 | | | | | | | | | |
| 124. Eaton Vance Structured Emerging Markets A | A | Dividend | J | T | | | | | |
| 125. ING Senior Income Cl A | A | Dividend | J | T | | | | | |
| 126. iShares Tr MSCI EAFE Index Fd | A | Dividend | J | T | | | | | |
| 127. Loomis Sayles Global Bond Instl | A | Dividend | J | T | | | | | |
| 128. WisdomTree Large Cap Dividend | A | Dividend | J | T | | | | | |
| 129. WisdomTree MidCap Dividend | A | Dividend | J | T | | | | | |
| 130. Berkshire Hathaway Inc Del B | | None | K | T | | | | | |
| 131. Ivy Global Natural Resources Fund Cl Y | | None | J | T | | | | | |
| 132. 529 Plan #1 | | | | | | | | | |
| 133. New York Saves Bond Market Index Portfolio | | None | K | T | | | | | |
| 134. New York Saves Growth Stock Index Portfolio | | None | K | T | | | | | |
| 135. New York Saves Mid Cap Stock Index Portfolio | | None | J | T | | | | | |
| 136. New York Saves Small Cap Stock Index Portfolio | | None | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes: (See Columns C1 and D3)
3. Value Method Codes: (See Column C2)

| | | | | |
| --- | --- | --- | --- | --- |
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 $5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 12 of 16

Name of Person Reporting

Engelmayer, Paul A.

Date of Report

02/03/2011

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. New York Saves Value Stock Index Portfolio | | None | K | T | | | | | |
| 138. 529 Plan #2 | | | | | | | | | |
| 139. New York Saves Developed Markets Income Portfolio | | None | L | T | | | | | |
| 140. New York Saves Interest Accumulation Portfolio | | None | J | T | | | | | |
| 141. New York Saves Mid Cap Stock Index Portfolio | | None | K | T | | | | | |
| 142. New York Saves Growth Stock Index Portfolio | | None | J | T | | | | | |
| 143. New York Saves Inflation Protected Portfolio | | None | L | T | | | | | |
| 144. New York Saves Value Stock Index Portfolio | | None | K | T | | | | | |
| 145. 529 Plan #3 | | | | | | | | | |
| 146. New York Saves Developed Markets Income Portfolio | | None | K | T | | | | | |
| 147. New York Saves Mid Cap Stock Index Portfolio | | None | J | T | | | | | |
| 148. New York Saves Inflation Protected Portfolio | | None | L | T | | | | | |
| 149. New York Saves Small Cap Stock Index Portfolio | | None | J | T | | | | | |
| 150. 529 Plan #4 | | | | | | | | | |
| 151. New York Saves Bond Market Index Portfolio | | None | J | T | | | | | |
| 152. New York Saves Developed Markets Income Portfolio | | None | J | T | | | | | |
| 153. New York Saves Growth Stock Index Portfolio | | None | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 13 of 16

Name of Person Reporting

Engelmayer, Paul A.

Date of Report

02/03/2011

# VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. New York Saves Mid Cap Stock Index Portfolio | | None | K | T | | | | | |
| 155. New York Saves Inflation Protected Portfolio | | None | J | T | | | | | |
| 156. New York Saves Small Cap Stock Index Portfolio | | None | K | T | | | | | |
| 157. New York Saves Value Stock Index Portfolio | | None | K | T | | | | | |
| 158. Brokerage #5 | | | | | | | | | |
| 159. BHP Billiton Limited (BHP) | | None | J | T | | | | | |
| 160. Fidelity Select Energy Fund | | None | J | T | | | | | |
| 161. Fidelity Select Energy Service | | None | J | T | | | | | |
| 162. General Electric (GE) | | None | J | T | | | | | |
| 163. Travelers Cos Inc Com (TRV) | | None | J | T | | | | | |
| 164. United Parcel SVC Inc Cl B (UPS) | | None | J | T | | | | | |
| 165. IRA #4 | | None | M | T | | | | | |
| 166. - Vanguard Value Index Fund Admiral Shares | | | | | | | | | |
| 167. - Vanguard Wellington Fund Admiral Shares | | | | | | | | | |
| 168. - Vanguard Extended Market Index Fund Admiral Shares | | | | | | | | | |
| 169. IRA #5 | | None | L | T | | | | | |
| 170. - Fidelity Cash Reserves | | | | | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)

3. Value Method Codes
(See Column C2)

A = $1,000 or less
F = $50,001 - $100,000
J = $15,000 or less
N = $250,001 - $500,000
P3 = $25,000,001 - $50,000,000
Q = Appraisal
U = Book Value

B = $1,001 - $2,500
G = $100,001 - $1,000,000
K = $15,001 - $50,000
O = $500,001 - $1,000,000

R = Cost (Real Estate Only)
V = Other

C = $2,501 - $5,000
H1 = $1,000,001 - $5,000,000
L = $50,001 - $100,000
P1 = $1,000,001 - $5,000,000
P4 = More than $50,000,000
S = Assessment
W = Estimated

D = $5,001 - $15,000
H2 = More than $5,000,000
M = $100,001 - $250,000
P2 = $5,000,001 - $25,000,000

T = Cash Market

E = $15,001 - $50,000

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children: See pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable Income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. - Fidelity Contrafund | | | | | | | | | |
| 172. - Fidelity Growth & Income | | | | | | | | | |
| 173. - Fidelity Select Defense & Aerospace | | | | | | | | | |
| 174. WCPHD Defined Benefits Plan | | None | N | W | | | | | |
| 175. Teachers Retirement System of NY 403(b) #1 | | | | | | | | | |
| 176. Diversified Equity | | None | M | T | | | | | |
| 177. Stable Value | | None | L | T | | | | | |
| 178. International Equity | | None | L | T | | | | | |
| 179. Inflation Protection | | None | L | T | | | | | |
| 180. Citigroup Checking Account | | None | L | T | | | | | |
| 181. Chase Checking Account | | None | J | T | | | | | |
| 182. Westchester County Real Estate Parcel #1 | | None | L | W | | | | | |
| 183. Westchester County Real Estate Parcel #2 | | None | L | W | | | | | |
| 184. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____Paul A. Engelmayer_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 106 | 672 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 10 | 266 | 649 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 769 | 541 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 128 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | 692 | 000 | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 7 | 142 |
| Real estate owned – see schedule | 4 | 925 | 608 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 15 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| - WilmerHale Capital Account | | 744 | 850 | | | | |
| - WilmerHale Defined Benefit Account | | 334 | 334 | | | | |
| - New York State 529 College Savings Plans – see schedule | | 516 | 868 | Total liabilities | | 285 | 142 |
| | | | | Net Worth | 18 | 086 | 380 |
| Total Assets | 18 | 371 | 522 | Total liabilities and net worth | 18 | 371 | 522 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor on leases or contracts | | | | Are any assets pledged? (Add schedule) | NO | | |
| Legal Claims | | | | Are you defendant in any suits or legal actions? | NO | | |
| Provision for Federal Income Tax | | 150 | 000 | Have you ever taken bankruptcy? | NO | | |
| Other special debt | | | | | | | |